IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
                                              :
SAMUEL COMPO                                  :    3:02 CV 1675 (PCD)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 31, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
RICHARD K. LASKEVITCH                         :    3:02 CV 1676 (GLG)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 31, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
MICHAEL SELMONT                               :    3:02 CV 1677 (GLG)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 31, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
ROBERT FUDA                                   :    3:02 CV 1678 (RNC)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 31, 2004
                                              :
------------------------------------------------------------x

```
--------------------------------------------------------x
                                              :
JOHN P. GEARY                                 :     3:02 CV 1679 (WWE)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :     DATE: MARCH 31, 2004
                                              :
--------------------------------------------------------x
--------------------------------------------------------x
                                              :
THOMAS KINIRY                                 :     3:02 CV 1680 (JBA)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :     DATE: MARCH 31, 2004
                                              :
--------------------------------------------------------x
--------------------------------------------------------x
                                              :
JOHN RAGGI                                    :     3:02 CV 1681 (GLG)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :     DATE: MARCH 31, 2004
                                              :
--------------------------------------------------------x
--------------------------------------------------------x
                                              :
EDWARD P. RUSSO                               :     3:02 CV 1682 (JCH)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :     DATE: MARCH 31, 2004
                                              :
--------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
JAMES SCOFIELD                                             :    3:02 CV 1683 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 31, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
MILLARD J. SULLIVAN                                        :    3:02 CV 1684 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 31, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
TIMOTHY SWEENEY                                            :    3:02 CV 1872 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 31, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ROBERT BLACK                                               :    3:02 CV 1873 (AVC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 31, 2004
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------x
                                                       :
ALFRED C. SCHUMACHER                                   :     3:02 CV 1875 (AHN)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :     DATE: MARCH 31, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
FRANCIS E. BAKUTIS                                     :     3:02 CV 1877 (MRK)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :     DATE: MARCH 31, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
CHARLES KANE                                           :     3:02 CV 1878 (CFD)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :     DATE: MARCH 31, 2004
                                                       :
------------------------------------------------------x
------------------------------------------------------x
                                                       :
FREDERICK N. KOVAL                                     :     3:02 CV 1879 (GLG)
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :     DATE: MARCH 31, 2004
                                                       :
------------------------------------------------------x
```

4

```
-----------------------------------------------------x
                                                     :
SIGISMONDO LoVERME                                   :    3:02 CV 1880 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MARCH 31, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
TIMOTHY STRAND                                       :    3:02 CV 1883 (AWT)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MARCH 31, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JAMES E. CAFFREY                                     :    3:02 CV 1884 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MARCH 31, 2004
                                                     :
-----------------------------------------------------x
```

5

<u>RULING ON DEFENDANTS CONSOLIDATED RAIL CORPORATION AND AMERICAN
FINANCIAL GROUP, INC.'S MOTION FOR PROTECTIVE ORDER AND ON
DEFENDANTS CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL
GROUP, INC.'S MOTION TO WITHDRAW THEIR MOTIONS FOR PROTECTIVE
ORDER</u>

On March 4, 2004, Defendants Consolidated Rail Corporation and American
Financial Group, Inc. [collectively "the Conrail Defendants"] filed nineteen Motions for
Protective Order Re: Plaintiffs' Notice of 30(b)(6) Deposition(s) to Defendant
Consolidated Corporation and Plaintiffs' Notice of 30(b)(6) Deposition(s) to Defendant
American Financial Group, Inc., and briefs and affidavits in support.[1] <u>Compo</u>, 3:02 CV
1675 (PCD), Dkts. ##57-59; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkts. ##49-51; <u>Selmont</u>,
3:02 CV 1677 (GLG), Dkts. ##51-53; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkts. ##53-55; <u>Geary</u>,
3:02 CV 1679 (WWE), Dkts. ##53-55; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkts. ##64-66; <u>Raggi</u>,
3:02 CV 1681 (GLG), Dkts. ##53-55; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkts. ##54-56;
<u>Scofield</u>, 3:02 CV 1683 (JCH), Dkts. ##60-62; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkts. ##53-
55; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkts. ##54-56; <u>Black</u>, 3:02 CV 1873 (AVC), Dkts.
##51-53; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkts. ##48-50; <u>Bakutis</u>, 3:02 CV 1877
(MRK), Dkts. ##53-55; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkts. ##49-51; <u>Koval</u>, 3:02 CV 1879
(GLG), Dkts. ##49-51; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkts. ##53-55; <u>Strand</u>, 3:02 CV
1883 (AWT), Dkts. ##47-49; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkts. ##51-53.

On March 25, 2004, the Conrail Defendants filed their Motions to Withdraw Their

---

[1]The following two exhibits are attached to the Conrail Defendants' brief: copy of
Plaintiffs' Notice of 30(b)(6) Deposition(s) to Defendant Consolidated Rail Corporation, dated
February 4, 2004 (Exh. A); and copy of Plaintiffs' Re-Notice of 30(b)(6) Deposition(s) to
Defendant American Financial Group, Inc., f/k/a American Premier Underwriters, Inc., f/k/a Penn
Central Corporation (hereinafter referred to as "Penn Central")(Exh. B).

Attached as Exhs. A-B to the Conrail Defendants' affidavit are copies of correspondence
between counsel, dated February 26, 2004.

Motions for Protective Order. Compo, 3:02 CV 1675 (PCD), Dkt. #65; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #54; Selmont, 3:02 CV 1677 (GLG), Dkt. #56; Fuda, 3:02 CV 1678 (RNC), Dkt. #58; Geary, 3:02 CV 1679 (WWE), Dkt. #58; Kiniry, 3:02 CV 1680 (JBA), Dkt. #72; Raggi, 3:02 CV 1681 (GLG), Dkt. #58; Russo, 3:02 CV 1682 (JCH), Dkt. #59; Scofield, 3:02 CV 1683 (JCH), Dkt. #65; Sullivan, 3:02 CV 1684 (JCH), Dkt. #58; Sweeney, 3:02 CV 1872 (RNC), Dkt. #59; Black, 3:02 CV 1873 (AVC), Dkt. #56; Schumacher, 3:02 CV 1875 (AHN), Dkt. #52; Bakutis, 3:02 CV 1877 (MRK), Dkt. #58; Kane, 3:02 CV 1878 (CFD), Dkt. #54; Koval, 3:02 CV 1879 (GLG), Dkt. #54; LoVerme, 3:02 CV 1880 (PCD), Dkt. #58; Caffrey, 3:02 CV 1884 (CFD), Dkt. #56.[2]

Accordingly, the Conrail Defendants' Motions for Protective Order, Compo, 3:02 CV 1675 (PCD), Dkt. #57; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #49; Selmont, 3:02 CV 1677 (GLG), Dkt. #51; Fuda, 3:02 CV 1678 (RNC), Dkt. #53; Geary, 3:02 CV 1679 (WWE), Dkt. #53; Kiniry, 3:02 CV 1680 (JBA), Dkt. #64; Raggi, 3:02 CV 1681 (GLG), Dkt. #53; Russo, 3:02 CV 1682 (JCH), Dkt. #54; Scofield, 3:02 CV 1683 (JCH), Dkt. #60; Sullivan, 3:02 CV 1684 (JCH), Dkt. #53; Sweeney, 3:02 CV 1872 (RNC), Dkt. #54; Black, 3:02 CV 1873 (AVC), Dkt. #51; Schumacher, 3:02 CV 1875 (AHN), Dkt. #48; Bakutis, 3:02 CV 1877 (MRK), Dkt. #53; Kane, 3:02 CV 1878 (CFD), Dkt. #49; Koval, 3:02 CV 1879 (GLG), Dkt. #49; LoVerme, 3:02 CV 1880 (PCD), Dkt. #53; Strand, 3:02 CV 1883 (AWT), Dkt. #47; Caffrey, 3:02 CV 1884 (CFD), Dkt. #51, are hereby withdrawn, and

The Conrail Defendants' Motions to Withdraw their Motions for Protective Order, Compo, 3:02 CV 1675 (PCD), Dkt. #65; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #54; Selmont, 3:02 CV 1677 (GLG), Dkt. #56; Fuda, 3:02 CV 1678 (RNC), Dkt. #58; Geary, 3:02 CV 1679 (WWE), Dkt. #58; Kiniry, 3:02 CV 1680 (JBA), Dkt. #72; Raggi, 3:02 CV

---

[2]No Motion to Withdraw was docketed in Strand, 3:02 CV 1883 (AWT).

1681 (GLG), Dkt. #58; <u>Russo</u>, 3:02 CV 1682 (JCH), Dkt. #59; <u>Scofield</u>, 3:02 CV 1683 (JCH), Dkt. #65; <u>Sullivan</u>, 3:02 CV 1684 (JCH), Dkt. #58; <u>Sweeney</u>, 3:02 CV 1872 (RNC), Dkt. #59; <u>Black</u>, 3:02 CV 1873 (AVC), Dkt. #56; <u>Schumacher</u>, 3:02 CV 1875 (AHN), Dkt. #52; <u>Bakutis</u>, 3:02 CV 1877 (MRK), Dkts. ##58-59; <u>Kane</u>, 3:02 CV 1878 (CFD), Dkt. #54; <u>Koval</u>, 3:02 CV 1879 (GLG), Dkt. #54; <u>LoVerme</u>, 3:02 CV 1880 (PCD), Dkt. #58; <u>Caffrey</u>, 3:02 CV 1884 (CFD), Dkt. #56, are hereby <u>granted</u>.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 31st day of March, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge

8